APRIL 21, 1953

No. 57270.—Suit 4740.—United States v. Fisher Scientific Company.— Reap. Dec. 8106 modified February 6, 1953. C. A. D. 513.

APRIL 23, 1953

No. 57271.—Suit 4704.—Inter-Americas Shipping Co. v. United States.— C. D. 1355 affirmed December 17, 1952. C. A. D. 504.

No. 57272.—Suit 4705.—Werner G. Smith Co. Div. Archer Daniels Midland Co. v. United States.— C. D. 1357 affirmed December 17, 1952. C. A. D. 503.

BEFORE THE FIRST DIVISION, APRIL 29, 1953

No. 57273.—Brenner Bros. et al. v. United States, protests 590738–G, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra*.

No. 57274.—M. Modlin & Son v. United States, protests 615155–G, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that .the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in. C. D. 1480, *supra*.

No. 57275.—Cantor & Angel, Inc., et al. v. United States, protests 696599–G, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681·was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57276.**—Chase National Bank et·al. *v.* United States, protests 712272–G, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57277.**—M. Modlin & Son et al. *v.* United States, protests 929743–G, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was·sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57278.**—Sayer & Company· et al. *v.* United States, protests 21013–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all·material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth ·in his dissenting opinion in C. D. 1480, *supra.*

**No. 57279.**—Freedman & Slater, Inc. *v.* United States, protests 186596–K, 193564–K, and 196895–K (New York).